IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-99-06 |
| | § | |
| GASTON CHARLES, JR. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of even date herewith, Charles' re-characterized Motion under 28 U.S.C. § 2255 (Instrument no. 42) is **DISMISSED without prejudice** to Charles' ability, if any, to pursue a future initial § 2255 Motion.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 21st day of July, 2006.

_____
Samuel B. Kent
United States District Judge